NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE BP LUBRICANTS USA INC.,
*Petitioner.*

---

Miscellaneous Docket No. 960

---

On Petition for Writ of Mandamus to the United States District Court for the Northern District of Illinois in case no. 10-CV-1258, Judge Robert W. Gettleman.

---

## ON PETITION FOR WRIT OF MANDAMUS

---

### ORDER

Upon consideration of BP Lubricants USA Inc.'s unopposed motion for a four-day extension of time, until November 12, 2010, to file its reply,

IT IS ORDERED THAT:

The motion is granted.

NOV 5 2010
Date

FOR THE COURT
/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT

NOV 05 2010

JAN HORBALY
CLERK

cc: Russell E. Levine, Esq.
Joseph M. Vanek, Esq.
Herbert C. Wamsley, Esq.
Steve Frank, Esq.
Judge, N.D. Ill.
Clerk, N.D. Ill.

s19